```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00550
    WILBUR A BOWMAN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-3932

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/12/2007 and was confirmed 03/28/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
QUANTUM SERVICING CORPOR CURRENT MORTG         .00            .00            .00
QUANTUM SERVICING CORPOR MORTGAGE ARRE         .00            .00            .00
TRIAD FINANCIAL CORP     SECURED VEHIC    4970.56          56.43        1474.11
B-LINE LLC               UNSEC W/INTER     791.96            .00            .00
NICOR GAS                UNSEC W/INTER NOT FILED             .00            .00
ONB FINANCE CO           UNSEC W/INTER NOT FILED             .00            .00
CACH LLC                 UNSEC W/INTER     939.05            .00            .00
LEGAL HELPERS PC         DEBTOR ATTY     2,000.00                       1,000.97
TOM VAUGHN               TRUSTEE                                          165.49
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,697.00

PRIORITY                                              .00
SECURED                                          1,474.11
    INTEREST                                        56.43
UNSECURED                                             .00
ADMINISTRATIVE                                   1,000.97
TRUSTEE COMPENSATION                               165.49
DEBTOR REFUND                                         .00
                          ---------------       ---------------
TOTALS                    2,697.00               2,697.00



              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00550 WILBUR A BOWMAN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 00550 WILBUR A BOWMAN